IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Deleon, Michael | Case Number:  04 B 09311 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  3/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: May 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,492.00 | |
| Secured: | | 12,437.98 |
| Unsecured: | | 22,540.16 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 1,977.96 |
| Other Funds: | | 35.90 |
| Totals: | 39,492.00 | 39,492.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 12,437.98 | 12,437.98 |
| 4. | Triad Financial Services | Unsecured | 11,085.72 | 8,501.03 |
| 5. | Financial Credit Corp | Unsecured | 1,596.71 | 1,213.04 |
| 6. | Verizon Wireless | Unsecured | 1,301.82 | 989.12 |
| 7. | Plains Commerce Bank | Unsecured | 445.51 | 338.46 |
| 8. | ECast Settlement Corp | Unsecured | 554.84 | 421.57 |
| 9. | Resurgent Capital Services | Unsecured | 13,558.04 | 10,396.91 |
| 10. | Verizon Wireless | Unsecured | 895.02 | 680.03 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 13. | Credit Management Service | Unsecured | | No Claim Filed |
| 14. | Hammond Radiologist | Unsecured | | No Claim Filed |
| 15. | Saint Margaret Mercy Healthcare Centers | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,375.64 | $ 37,478.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 228.18 |
| 6.5% | 484.85 |
| 3% | 71.98 |
| 5.5% | 459.34 |
| 5% | 153.59 |
| 4.8% | 273.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Deleon, Michael | Case Number: 04 B 09311 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 3/10/04 |

```
                      5.4%                  306.85
                                          _____
                                          $ 1,977.96
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____